No. D–1548. In re Disbarment of Dickinson. Disbarment entered. [For earlier order herein, see 514 U. S. 1106.]

No. D–1549. In re Disbarment of Jan. Disbarment entered. [For earlier order herein, see *ante*, p. 1120.]

No. D–1550. In re Disbarment of Diuguid. Disbarment entered. [For earlier order herein, see *ante*, p. 1120.]

No. D–1551. In re Disbarment of Weeks. Disbarment entered. [For earlier order herein, see *ante*, p. 1120.]

No. D–1554. In re Disbarment of Offner. Disbarment entered. [For earlier order herein, see *ante*, p. 1120.]

No. D–1555. In re Disbarment of Feit. Disbarment entered. [For earlier order herein, see *ante*, p. 1129.]

No. D–1556. In re Disbarment of Warter. Disbarment entered. [For earlier order herein, see *ante*, p. 1129.]

No. D–1557. In re Disbarment of Hilgendorf. Disbarment entered. [For earlier order herein, see *ante*, p. 1129.]

No. D–1574. In re Disbarment of Muhammad. It is ordered that Ahmad Raheem Muhammad, of Lorman, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1575. In re Disbarment of Rosenblum. It is ordered that Sheldon Rosenblum, of Little Neck, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1576. In re Disbarment of Ross. It is ordered that John Michael Ross, of El Cajon, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.